```
  X  FILED          _____ LODGED
____ RECEIVED       _____ COPY

        JUN 2 7 2007

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Lucio R. Aguilar, Jr.,<br>(Count 1 - 16)<br><br>Marcos Ramon Aguilar,<br>(Counts 1 and 14)<br><br>Raul Villa Garcia,<br>(Counts 1 - 16)<br><br>Rosendo Antonio Aguilar,<br>(Counts 1, 4, and 16)<br><br>Fernando Ramon Aguilar,<br>(Counts 1 and 6)<br><br>Bernadina Medina,<br>(Counts 1 and 7)<br><br>Matthew Medina,<br>(Counts 1, 3, and 11)<br><br>Lillie Shanea Williams,<br>(Counts 1 and 17)<br><br><br>        Defendants. | **CR-07-159-PHX-MHM**<br><br>**SUPERCEDING INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>      (Conspiracy)<br>      Count 1<br><br>      18 U.S.C. §§ 924(a)(1)(A) and 2<br>      (False Statements in Connection<br>      With the Acquisition of Firearms)<br>      Counts 2 - 17<br><br>      18 U.S.C. § 924(d) and 28 U.S.C. §<br>      2461<br>      (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

**CONSPIRACY TO COMMIT FALSE STATEMENTS IN ACQUISITION OF FIREARMS**

**(COUNT 1)**

Beginning on a date unknown, and continuing until on or about January 25, 2007, in the District of Arizona and elsewhere, defendants LUCIO R. AGUILAR, Jr., MARCOS RAMON AGUILAR, RAUL VILLA GARCIA, ROSENDO ANTONIO AGUILAR, FERNANDO RAMON AGUILAR, BERNADINA MEDINA, MATTHEW MEDINA, and LILLIE SHANEA WILLIAMS, did willfully, knowingly and unlawfully combine, conspire, confederate, agree, together and with others known and unknown to the grand jury, to make false statements in connection with the acquisition of firearms from federally licensed firearms dealers in violation of Title 18, United States Code, Sections 924(a)(l)(A) and 2.

**OBJECT OF THE CONSPIRACY**

Defendants and others, known and unknown to the grand jury, intended to commit an offense against the United States by illegally obtaining firearms in the United States for the purpose of illegally smuggling the  firearms into the Country of Mexico.

**MEANS AND METHODS OF THE CONSPIRACY**

The means and methods employed by defendants to effect the object of the conspiracy were as follows:

1. It was part of the conspiracy that RAUL VILLA GARCIA hired LUCIO R. AGUILAR, Jr. to illegally purchase firearms.

2. It was part of the conspiracy that the firearms would be illegally purchased by misrepresenting the identity of the true purchaser on the required form; a Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) form 4473, Firearms Transaction record.

///

///

2

3. It was part of the conspiracy that LUCIO R. AGUILAR, Jr. recruited others, including MARCOS RAMON AGUILAR, ROSENDO ANTONIO AGUILAR, FERNANDO RAMON AGUILAR, BERNADINA MEDINA, MATTHEW MEDINA, and LILLIE SHANEA WILLIAMS, to illegally purchase firearms.

4. It was part of the conspiracy that several purchasers would be used to appear less suspicious than multiple purchases being made by the same individual.

5. It was part of the conspiracy that money for these purchases was provided to RAUL VILLA GARCIA from others known and unknown to the grand jury and that the money was distributed to LUCIO R. AGUILAR, Jr. and the other defendants to purchase the firearms.

6. It was part of the conspiracy that once the firearms were purchased by the defendants, RAUL VILLA GARCIA and others would direct they be transported to the Country of Mexico by Miguel Apodaca and Cedric Lloyd Manual, and others known and unknown to the grand jury.

7. It was part of the conspiracy that when the firearms were delivered to individuals in the Country of Mexico, money would be received and returned to the United States to RAUL VILLA GARCIA and others.

8. It was part of the conspiracy that LUCIO R. AGUILAR, Jr. would be paid $100.00 for each firearm purchased.

///
///
///
///
///
///

3

**OVERT ACTS**

As part and in furtherance of the conspiracy, overt acts were committed in the District of Arizona including, but not limited to, the following:

9. Sometime before, but no later than November 16, 2006, LUCIO R. AGUILAR, Jr. received money and instructions from RAUL VILLA GARCIA regarding the purchase of a firearm.

10. On or about November 16, 2006, LUCIO R. AGUILAR, Jr. purchased one Olympic Arms, Model PCR, .223 caliber rifle, AR-15 style rifle, serial number BT2666, from EZ Money Pawn, a licensed firearms dealer in Phoenix, the District of Arizona.  When purchasing the rifle, LUCIO R. AGUILAR, Jr. knowingly falsely stated on the ATF form 4473; Firearms Transaction Record, that he was the actual purchaser of the firearm, when in truth and in fact, RAUL VILLA GARCIA and others were the true purchasers of the firearm.

11. Sometime before, but no later than November 18, 2006, MATTHEW MEDINA received money and instructions from LUCIO R. AGUILAR, Jr. regarding the purchase of firearms.

12. On or about November 18, 2006 MATTHEW MEDINA purchased eight firearms:  five DPMS, Model A3 Lite, .223 caliber, AR-15 style rifles, serial numbers F054095, F056508, F056523, F054308, and F054312; two DPMS, Model A1 Lite, .223 caliber, AR-15 style rifles, serial numbers F054305 and F055419; and one Romanian Arms, .223 caliber, AK-47 style rifle, serial number EC-2912-72, from Mad Dawg Global Marketing, a licensed firearms dealer in Tucson, the District of Arizona.  When purchasing the rifles, MATTHEW MEDINA knowingly falsely stated on the ATF form 4473; Firearms Transaction Record, that he was the actual purchaser of the firearms, when in truth and in fact, LUCIO R. AGUILAR, Jr., RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

///

///

///

4

13.  Sometime before, but no later than November 18, 2006, ROSENDO ANTONIO AGUILAR received money and instructions from LUCIO R. AGUILAR, Jr. regarding the purchase of a firearm.

14.  On or about November 18, 2006, ROSENDO ANTONIO AGUILAR purchased one Bushmaster, .223 caliber, AR-15 style rifle, from Bear Arms, a licensed firearms dealer in Scottsdale, the District of Arizona. When purchasing the rifle, ROSENDO ANTONIO AGUILAR knowingly falsely stated on the ATF form 4473; Firearms Transaction Record, that he was the actual purchaser of the firearms, when in truth and in fact, LUCIO R. AGUILAR, Jr., RAUL VILLA GARCIA, and others were the true purchasers of the firearm.

15.  Sometime before, but no later than November 20, 2006, LUCIO R. AGUILAR, Jr. received money and instructions from RAUL VILLA GARCIA regarding the purchase of firearms.

16.  On or about November 20, 2006, LUCIO R. AGUILAR, Jr. purchased four firearms: two Keltec, Model PLR16, .223 caliber pistols, serial numbers P0633 and P0558; one Bushmaster, Model Carbon 15, .223 caliber pistol, serial number D07391; and one Pro Ordinance, Model Carbon 15, .223 caliber pistol, serial number B22810, from AZ Firearms, a licensed firearms dealer in Avondale, the District of Arizona. When purchasing the firearms, LUCIO R. AGUILAR, Jr. knowingly falsely stated on the ATF form 4473; Firearms Transaction Record, that he was the actual purchaser of the firearms, when in truth and in fact, RAUL VILLA GARCIA and others were the true purchasers of the firearms.

17.  Sometime before, but no later than December 1, 2006, FERNANDO RAMON AGUILAR received money and instructions from LUCIO R. AGUILAR, Jr. regarding the purchase of firearms.

18.  On or about December 1, 2006, FERNANDO RAMON AGUILAR purchased four DPMS, Model Panther Lite, .223 caliber, AR-15 style rifles, serial numbers F056487, F056489, F056488, and F056417, from Mad Dawg Global Marketing, a licensed firearms dealer in Tucson, the District of Arizona. When purchasing the rifles, FERNANDO RAMON AGUILAR  knowingly falsely stated on the ATF form

5

1    4473; Firearms Transaction Record, that he was the actual purchaser of the firearms, when in truth and

2    in fact, LUCIO R. AGUILAR, Jr., RAUL VILLA GARCIA, and others were the true purchasers of the

3    firearms.

4

5    19.  Sometime before, but no later than December 3, 2006, BERNADINA MEDINA received money

6    and instructions from LUCIO R. AGUILAR, Jr. regarding the purchase of firearms.

7

8    20.  On or about December 3, 2006, BERNADINA MEDINA purchased eight DPMS, Model A1 Lite,

9    .223 caliber, AR-15 style rifles, serial numbers F056485, F055833, F058507, F056466, F056452,

10   F056483, F056448, and F056490, from Mad Dawg Global Marketing, a licensed firearms dealer in

11   Tucson, the District of Arizona.  When purchasing the rifles, BERNADINA MEDINA knowingly falsely

12   stated on the ATF form 4473; Firearms Transaction Record, that she was the actual purchaser of the

13   firearms, when in truth and in fact, LUCIO R. AGUILAR, Jr., RAUL VILLA GARCIA, and others were

14   the true purchasers of the firearms.

15

16   21.  Sometime before, but no later than December 6, 2006,  LUCIO R. AGUILAR, Jr. received money

17   and instructions from RAUL VILLA GARCIA regarding the purchase of firearms.

18

19   22.  On or about December 6, 2006, LUCIO R. AGUILAR, Jr., purchased four DPMS, Model A1

20   Panther Lite, .223 caliber, AR-15 style rifles, serial numbers F056486, F058545, F058639, and F056443,

21   from Mad Dawg Global Marketing, a licensed firearms dealer in Tucson, the District of Arizona.  When

22   purchasing the rifles, LUCIO R. AGUILAR, Jr.  knowingly falsely stated on the ATF form 4473;

23   Firearms Transaction Record, that  he was the actual purchaser of the firearms, when in truth and in fact,

24   RAUL VILLA GARCIA and others were the true purchasers of the firearms.

25

26   23.  Sometime before, but no later than December 9, 2006,  LUCIO R. AGUILAR, Jr. received money

27   and instructions from RAUL VILLA GARCIA regarding the purchase of firearms.

28   ///

24.  On or about December 9, 2006, LUCIO R. AGUILAR, Jr. purchased nine DPMS, Model A1 Panther Lite, .223 caliber, AR-15 style rifles, serial numbers F056502, F058512, F058652, F056406, F056382, F056477, F056480, F056482, and F055818, from Mad Dawg Global Marketing, a licensed firearms dealer in Tucson, the District of Arizona.  When purchasing the rifles, LUCIO R. AGUILAR, Jr. knowingly falsely stated on the ATF form 4473; Firearms Transaction Record, that he was the actual purchaser of the firearms, when in truth and in fact, RAUL VILLA GARCIA and others were the true purchasers of the firearms.

25. Sometime before, but no later than December 13, 2006, LUCIO R. AGUILAR, Jr. received money and instructions from RAUL VILLA GARCIA regarding the purchase of firearms.

26.  On or about December 13, 2006, LUCIO R. AGUILAR, Jr. purchased ten DPMS, Model A1 Panther Lite, .223 caliber, AR-15 style rifles, serial numbers F058362, F058518, F061417, F061567, F058527, F061419, F061432, F061426, F061565, and F058517, from Mad Dawg Global Marketing, a licensed firearms dealer in Tucson, the District of Arizona.  When purchasing the rifles, LUCIO R. AGUILAR, Jr.  knowingly falsely stated on the ATF form 4473; Firearms Transaction Record, that he was the actual purchaser of the firearms, when in truth and in fact, RAUL VILLA GARCIA and others were the true purchasers of the firearms.

27. Sometime before, but no later than December 22, 2006, MATTHEW MEDINA received money and instructions from LUCIO R. AGUILAR, Jr. regarding the purchase of firearms.

28.  On or about December 22, 2006, MATTHEW MEDINA purchased four firearms:  one DPMS, Model A1 Lite, .223 caliber, AR-15 style rifle, serial number F058523, and three DPMS Model A3 Lite, .223 caliber, AR-15 style rifle, serial number F058385, F058379, and F058381, from Mad Dawg Global Marketing, a licensed firearms dealer in Tucson, the District of Arizona.  When purchasing the rifles, MATTHEW MEDINA knowingly falsely stated on the ATF form 4473; Firearms Transaction Record, that he was the actual purchaser of the firearms, when in truth and in fact, LUCIO R. AGUILAR, Jr.,

1    RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

2

3    29.  Sometime before, but no later than January 11, 2007,  LUCIO R. AGUILAR, Jr. received money

4    and instructions from RAUL VILLA GARCIA regarding the purchase of firearms.

5

6    30.  On or about January 11, 2007, LUCIO R. AGUILAR, Jr. purchased three firearms: one Colt, Model

7    AR-15, .223 caliber rifle, serial number GC008683, one Bushmaster, Model XM15-E-25, .223 caliber,

8    AR-15 style rifle, serial number L423543, and one Romanian Arms, Model SAR-1, 7.62 x 39mm, AK-

9    47 style rifle, serial number S1-64899-2002, from AZ Firearms, a licensed firearms dealer in Avondale,

10   the District of Arizona.  When purchasing the rifles, LUCIO R. AGUILAR, Jr. knowingly falsely stated

11   on the ATF form 4473; Firearms Transaction Record, that he was the actual purchaser of the firearms,

12   when in truth and in fact, RAUL VILLA GARCIA and others were the true purchasers of the firearms.

13

14   31.  Sometime before, but no later than January 12, 2007,  LUCIO R. AGUILAR, Jr. received money

15   and instructions from RAUL VILLA GARCIA regarding the purchase of a firearm.

16

17   32.  On or about January 12, 2007, LUCIO R. AGUILAR, Jr. purchased one Armalite, Model AR-50,

18   .50 caliber rifle, serial number US76590, from Sportsman's Warehouse, a licensed firearms dealer in

19   Goodyear, the District of Arizona.  When purchasing the rifle, LUCIO R. AGUILAR, Jr. knowingly

20   falsely stated on the ATF form 4473; Firearms Transaction Record, that he was the actual purchaser of

21   the firearm, when in truth and in fact, RAUL VILLA GARCIA and others were the true purchasers of

22   the firearm.

23

24   33.  Sometime before, but no later than January 20, 2007, MARCOS R. AGUILAR received money and

25   instructions from LUCIO R. AGUILAR, Jr. regarding the purchase of firearms.

26

27   34.  On or about January 20, 2007, MARCOS R. AGUILAR purchased three firearms:  two Romanian

28   Arms, Model WASR10, 7.62 x 39mm, AK-47 style rifles, serial numbers DJ-0065-72 and SBP-4770-86,

8

and one Romanian Arms, Model WASR3, .223 caliber, AK-47 style rifle, serial number 3-12278-06, from the Shooter's Vault, a licensed firearms dealer in Phoenix, the District of Arizona.   When purchasing the rifles, MARCOS R. AGUILAR knowingly falsely stated on the ATF form 4473; Firearms Transaction Record, that he was actual purchaser of the rifles, when in truth and in fact, LUCIO R. AGUILAR, Jr., RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

35. Sometime before, but no later than January 20, 2007, LUCIO R. AGUILAR, Jr. received money and instructions from RAUL VILLA GARCIA regarding the purchase of firearms.

36. On or about January 20, 2007, LUCIO R. AGUILAR, Jr. purchased five Romanian Arms, AK-47 style rifles, serial numbers AS-3284-69, CO-1355-76, AG-3813-83, CO-4973-70, CO-2117-74, from EAU Sales, a licensed firearms dealer in Apache Junction, the District of Arizona.   When purchasing the rifles, LUCIO R. AGUILAR, Jr. knowingly falsely stated on the ATF form 4473; Firearms Transaction Record, that he was actual purchaser of the rifles, when in truth and in fact, RAUL VILLA GARCIA and others were the true purchasers of the firearms.

37. Sometime before, but no later than January 20, 2007, ROSENDO ANTONIO AGUILAR received money and instructions from LUCIO R. AGUILAR, Jr. regarding the purchase of firearms.

38. On or about January 20, 2007, ROSENDO ANTONIO AGUILAR purchased five firearms:  three, AK- 47 style, 7.62 x 39 mm rifles, serial numbers AB-11711, AT-076383, and AB-12505, and two AK-47 style, 5.45 x 39mm rifles, serial numbers 2-17144-05 and 2-17390-06, from Bear Arms, a licensed firearms dealer in Phoenix, the District of Arizona.   When purchasing the rifles, ROSENDO ANTONIO AGUILAR knowingly falsely stated on the ATF form 4473; Firearms Transaction Record, that he was actual purchaser of the rifles, when in truth and in fact, LUCIO R. AGUILAR, Jr., RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

///

///

9

39. On January 21, 2007, Miguel Apodaca and Cedric Manuel Lloyd attempted to smuggle firearms into the Country of Mexico via the port of entry at Nogales, Arizona.  Lloyd and Apodaca were in a dark green Monte Carlo, Arizona license plate 744WXA, registered to LUCIO R. AGUILAR, Jr..  Located inside the trunk of the vehicle were nine AK-47 style rifles, to wit;

    1.  AK-47 style rifle, 7.62 x 39 mm, serial number CO-1355-76R0;

    2.  AK-47 style rifle, 7.62 x 39 mm, serial number AG-3813-83R0;

    3.  AK-47 style rifle, 7.62 x 39 mm, serial number CO-2177-74R0;

    4.  AK-47 style rifle, 7.62 x 39 mm, serial number CO-4973-70R0;

    5.  AK-47 style rifle, 7.62 x 39 mm, serial number SBP-4770-86;

    6.  AK-47 style rifle, 7.62 x 39 mm, serial number AS-3284-69R0;

    7.  AK-47 style rifle, 5.45 x 39 mm, serial number 2-17144-05;

    8.  AK-47 style rifle, 5.45 x 39 mm, serial number 2-17390-06; and

    9.  AK-47 style rifle, 5.45 x 39 mm, serial number 3-12278-06.

Rifles listed as numbers 5 and 9 were illegally straw purchased by MARCOS R. AGUILAR on or about January 20, 2007 from the Shooter's Vault, as detailed in paragraph 34 above.  Rifles listed as numbers 1, 2, 3, 4, and 6 were illegally straw purchased by LUCIO R. AGUILAR , Jr. on or about January 20, 2007 from EAU Sales, as detailed in paragraph 36 above.  Rifles listed as numbers 7 and 8 were illegally straw purchased by ROSENDO ANTONIO AGUILAR on or about January 20, 2007, from Bear Arms, as detailed in paragraph 38 above.

40. On or about January 21, 2007, LUCIO R. AGUILAR, Jr., knowingly filed a false report with the Phoenix Police Department indicating his Chevrolet Monte Carlo, Arizona license plate 744WXA, had been stolen, and that the car also contained nine AK-47 rifles that he had recently purchased.  LUCIO R. AGUILAR, Jr. provided the police with serial numbers for three of the AK-47 style rifles.  These three serial numbers matched the serial numbers of the rifles numbered 7, 8 and 9 in paragraph 39 above, which rifles were illegally straw purchased by ROSENDO ANTONIO AGUILAR and MARCOS R. AGUILAR on or about January 20, 2007.

///

41.   Sometime before, but no later than January 25, 2007, LILLIE SHANEA WILLIAMS received money and instructions from LUCIO R. AGUILAR, Jr. regarding the purchase of firearms.

42.   On or about January 25, 2007, LILLIE SHANEA WILLIAMS purchased eighteen rifles: five Century, 7.62 x 39mm, AK-47 style rifles, serial numbers GH-2248-64, SBO-4154-86, SBF-4865-85, AJ-4496-88, and SAF-4119-84; five DPMS, Model Panther Lite, .223 caliber, AR-15 style rifles, serial numbers F061443, F057027, F058418, F058699, F058832; and eight DPMS, Model AP-4, .223 caliber, AR-15 style rifles, serial numbers F053553, F053501, F054351, F052980, F053485, F057111, F057141, and F052919, from Mad Dawg Global Marketing, a licensed firearms dealer in Tucson, the District of Arizona.  When purchasing the rifles, LILLIE SHANEA WILLIAMS knowingly falsely stated on the ATF form 4473; Firearms Transaction Record, that she the was actual purchaser of the rifles, when in truth and in fact, LUCIO R. AGUILAR, Jr., RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about November 16, 2006, in the District of Arizona, defendant LUCIO R. AGUILAR, Jr., in connection with the acquisition of a firearm, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of EZ Money Pawn, located in the District of Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant LUCIO R. AGUILAR, Jr. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer of one Olympic Arms, Model PCR, .223 caliber rifle, AR-15 style rifle, serial number BT2666, whereas in truth and in fact, as defendant LUCIO R. AGUILAR, Jr., well knew, defendant RAUL VILLA GARCIA, and others were the true purchasers of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

11

## COUNT 3

On or about November 18, 2006, in the District of Arizona, defendant MATTHEW MEDINA, in connection with the acquisition of eight firearms, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Mad Dawg Global Marketing, located in the District of Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant MATTHEW MEDINA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer of five DPMS, Model A3 Lite, .223 caliber, AR-15 style rifles, serial numbers F054095, F056508, F056523, F054308; and F054312; two DPMS, Model A1 Lite, .223 caliber, AR-15 style rifles, serial numbers F054305 and F055419; and one Romanian Arms, .223 caliber, AK-47 style rifle, serial number EC-2912-72, whereas in truth and in fact, as defendant MATTHEW MEDINA well knew, defendants LUCIO R. AGUILAR Jr., RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNT 4

On or about November 18, 2006, in the District of Arizona, defendant ROSENDO ANTONIO AGUILAR, in connection with the acquisition of a firearm, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bear Arms, located in the District of Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant ROSENDO ANTONIO AGUILAR did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual buyer of one Bushmaster, .223 caliber, AR-15 style rifle, whereas in truth and in fact, as ROSENDO ANTONIO AGUILAR well knew, defendant LUCIO R. AGUILAR, Jr., RAUL VILLA GARCIA, and others were the true purchasers of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

///

1

## **COUNT 5**

2 On or about November 20, 2006, in the District of Arizona, defendant LUCIO R. AGUILAR, Jr.,

3 in connection with the acquisition of four firearms, knowingly made a false statement and representation

4 with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to

5 be kept in the records of the AZ Firearms, located in the District of Arizona, a business licensed under

6 the provisions of Chapter 44 of Title 18, United States Code, that is, defendant LUCIO R. AGUILAR,

7 Jr. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form

8 4473, Firearms Transaction Record, stating that he was the actual buyer of two Keltec, Model PLR16,

9 .223 caliber rifles, serial numbers P0633 and P0558; one Bushmaster, Model Carbon 15, .223 caliber,

10 AR-15 style rifle, serial number D07391; and one Pro Ordinance, Model Carbon 15, .223 caliber pistol,

11 serial number B22810, whereas in truth and in fact, as defendant  LUCIO R. AGUILAR, Jr. well knew,

12 defendant RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

13 In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

14

15

## **COUNT 6**

16 On or about December 1, 2006, in the District of Arizona, defendant FERNANDO RAMON

17 AGUILAR, in connection with the acquisition of four firearms, knowingly made a false statement and

18 representation with respect to information required by the provisions of Chapter 44 of Title 18, United

19 States Code, to be kept in the records of Mad Dawg Global Marketing, located in the District of Arizona,

20 a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant

21 FERNANDO RAMON AGUILAR did execute a Department of Justice, Bureau of Alcohol, Tobacco,

22 Firearms and Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer

23 of four DPMS, Model Panther Lite, .223 caliber, AR-15 style rifles, serial numbers F056487, F056489,

24 F056488, and F056417, whereas in truth and in fact, as defendant FERNANDO RAMON AGUILAR

25 well knew, defendants LUCIO R. AGUILAR Jr., RAUL VILLA GARCIA, and others were the true

26 purchasers of the firearms.

27 In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

28 ///

13

**COUNT 7**

On or about December 3, 2006, in the District of Arizona, defendant BERNADINA MEDINA, in connection with the acquisition of eight firearms, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Mad Dawg Global Marketing, located in the District of Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant BERNADINA MEDINA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, form 4473, Firearms Transaction Record, stating that she was the actual buyer of eight DPMS, Model A1 Lite, .223 caliber, AR-15 style rifles, serial numbers F056485, F055833, F058507, F056466, F056452, F056483, F056448, and F056490, whereas in truth and in fact, as defendant BERNADINA MEDINA well knew, defendants LUCIO R. AGUILAR Jr., RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**COUNT 8**

On or about December 6, 2006, in the District of Arizona, defendant LUCIO R. AGUILAR, Jr., in connection with the acquisition of four firearms, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Mad Dawg Global Marketing, located in the District of Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant LUCIO R. AGUILAR, Jr. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer of four DPMS, Model A1 Panther Lite, .223 caliber, AR-15 style rifles, serial numbers F056486, F058545, F058639, and F056443, whereas in truth and in fact, as defendant LUCIO R. AGUILAR, Jr. well knew, defendant RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

///

///

14

1

**COUNT 9**

2      On or about December 9, 2006, in the District of Arizona, defendant LUCIO R. AGUILAR, Jr.,

3   connection with the acquisition of nine firearms, knowingly made a false statement and representation

4   with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to

5   be kept in the records of Mad Dawg Global Marketing, located in the District of Arizona, a business

6   licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant LUCIO

7   R. AGUILAR, Jr. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and

8   Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer of nine DPMS,

9   Model A1 Panther Lite, .223 caliber, AR-15 style rifles, serial numbers F056502, F058512, F058652,

10   F056406, F056382, F056477, F056480, F056482, and F055818, whereas in truth and in fact, as

11   defendant LUCIO R. AGUILAR, Jr. well knew, defendant RAUL VILLA GARCIA, and others were

12   the true purchasers of the firearms.

13      In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

14

15

**COUNT 10**

16      On or about December 13, 2006, in the District of Arizona, defendant LUCIO R. AGUILAR, Jr.,

17   in connection with the acquisition of ten firearms, knowingly made a false statement and representation

18   with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to

19   be kept in the records of Mad Dawg Global Marketing, located in the District of Arizona, a business

20   licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant LUCIO

21   R. AGUILAR, Jr. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and

22   Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer of ten DPMS,

23   Model A1 Panther Lite, .223 caliber, AR-15 style rifles, serial numbers F058362, F058518, F061417,

24   F061567, F058527, F061419, F061432, F061426, F061565, and F058517, whereas in truth and in fact,

25   as defendant LUCIO R. AGUILAR, Jr. well knew, defendant RAUL VILLA GARCIA, and others were

26   the true purchasers of the firearms.

27      In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

28   ///

15

**COUNT 11**

On or about December 22, 2006, in the District of Arizona, defendant MATTHEW MEDINA, in connection with the acquisition of four firearms, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Mad Dawg Global Marketing, located in the District of Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant MATTHEW MEDINA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer of one DPMS, Model A1 Lite, .223 caliber, AR-15 style rifle, serial number F058523, and three DPMS Model A3 Lite, .223 caliber, AR-15 style rifle, serial number F058385, F058379, and F058381, whereas in truth and in fact, as defendant MATTHEW MEDINA well knew, defendants LUCIO R. AGUILAR Jr., RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**COUNT 12**

On or about January 11, 2007, in the District of Arizona, defendant LUCIO R. AGUILAR, Jr., in connection with the acquisition of three firearms, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of AZ Firearms, located in the District of Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant LUCIO R. AGUILAR, Jr. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer of one Colt, Model AR-15, .223 caliber rifle, serial number GC008683, one Bushmaster, Model XM15-E-25, .223 caliber, AR-15 style rifle, serial number L423543, and one Romanian Arms, Model SAR-1, 7.62 x 39mm, AK-47 style rifle, serial number S1-64899-2002, whereas in truth and in fact, as defendant LUCIO R. AGUILAR, Jr. well knew, defendant RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

///

16

**COUNT 13**

On or about January 12, 2007, in the District of Arizona, defendant LUCIO R. AGUILAR, Jr., in connection with the acquisition of a firearm, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sportsman's Warehouse, located in the District of Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant LUCIO R. AGUILAR, Jr. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer of one Armalite, Model AR-50, .50 caliber rifle, serial number US76590, whereas in truth and in fact, as defendant LUCIO R. AGUILAR, Jr. well knew, defendant RAUL VILLA GARCIA, and others were the true purchasers of the firearm.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**COUNT 14**

On or about January 20, 2007, in the District of Arizona, defendant MARCOS RAMON AGUILAR, in connection with the acquisition of three firearms, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the Shooter's Vault, located in the District of Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant MARCOS R. AGUILAR did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer of two Romanian Arms, Model WASR10, 7.62 x 39mm, AK-47 style rifles, serial numbers DJ-0065-72 and SBP-4770-86, and one Romanian Arms, Model WASR3, .223 caliber, AK-47 style rifle, serial number 3-12278-06 , whereas in truth and in fact, as defendant MARCOS R. AGUILAR well knew, defendants LUCIO R. AGUILAR Jr., RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

///

///

**COUNT 15**

On or about January 20, 2007, in the District of Arizona, defendant LUCIO R. AGUILAR, Jr., in connection with the acquisition of five firearms, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of EAU Sales, located in the District of Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant LUCIO R. AGUILAR, Jr. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer of five Romanian Arms, AK-47 style rifles, serial numbers AS-3284-69, CO-1355-76, AG-3813-83, CO-4973-70, CO-2117-74, whereas in truth and in fact, as defendant LUCIO R. AGUILAR, Jr. well knew, defendant RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**COUNT 16**

On or about January 20, 2007, in the District of Arizona, defendant ROSENDO ANTONIO AGUILAR, in connection with the acquisition of five firearms, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bear Arms, located in the District of Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant ROSENDO ANTONIO AGUILAR did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, form 4473, Firearms Transaction Record, stating that he was the actual buyer of three AK- 47 style, 7.62 x 39 mm rifles, serial numbers AB-11711, AT-076383, and AB-12505, and two AK-47 style, 5.45 x 39mm rifles, serial numbers 2-17144-05 and 2-17390-06, whereas in truth and in fact, as defendant ROSENDO ANTONIO AGUILAR well knew, defendants LUCIO R. AGUILAR Jr., RAUL VILLA GARCIA, and others were the true purchasers of the firearms.

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

///

///

18

1

**COUNT 17**

2      On or about January 25, 2007, in the District of Arizona, defendant LILLIE SHANEA WILLIAMS,

3  in connection with the acquisition of eighteen firearms, knowingly made a false statement and

4  representation with respect to information required by the provisions of Chapter 44 of Title 18, United

5  States Code, to be kept in the records of Mad Dawg Global Marketing, located in the District of Arizona,

6  a business licensed under the provisions of Chapter 44 of Title 18, United States Code, that is, defendant

7  LILLIE SHANEA WILLIAMS did execute a Department of Justice, Bureau of Alcohol, Tobacco,

8  Firearms and Explosives, form 4473, Firearms Transaction Record, stating that she was the actual buyer

9  of five Century, 7.62 x 39mm, AK-47 style rifles, serial numbers GH-2248-64, SBO-4154-86, SBF-

10  4865-85, AJ-4496-88, and SAF-4119-84; five DPMS, Model Panther Lite, .223 caliber, AR-15 style

11  rifles, serial numbers F061443, F057027, F058418, F058699, F058832; and eight DPMS, Model AP-4,

12  .223 caliber, AR-15 style rifles, serial numbers F053553, F053501, F054351, F052980, F053485,

13  F057111, F057141, and F052919, whereas in truth and in fact, as defendant LILLIE SHANEA

14  WILLIAMS well knew, defendants LUCIO R. AGUILAR Jr., RAUL VILLA GARCIA, and others were

15  the true purchasers of the firearms.

16      In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

17

18

**FORFEITURE ALLEGATION**

19      As the result of committing the forgoing offenses in violation of Title 18, United States Code,

20  Sections 2, 371, and 924(a)(1)(A), as alleged in Counts 1 through 17 of this Indictment, defendants

21  LUCIO R. AGUILAR, JR., RAUL VILLA GARCIA, MARCOS RAMON AGUILAR, ROSENDO

22  ANTONIO AGUILAR, FERNANDO RAMON AGUILAR, BERNADINA MEDINA, MATTHEW

23  MEDINA, and LILLIE SHANEA WILLIAMS shall forfeit to the United States, pursuant to Title

24  18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and

25  ammunition involved in the commission of the offense, including but not limited to the following:  five

26  Century, 7.62 x 39mm, AK-47 style rifles, serial numbers GH-2248-64, SBO-4154-86, SBF-4865-85,

27  AJ-4496-88, and SAF-4119-84; five DPMS, Model Panther Lite, .223 caliber, AR-15 style rifles, serial

28  numbers F061443, F057027, F058418, F058699, F058832; and eight DPMS, Model AP-4, .223 caliber,

1  AR-15 style rifles, serial numbers F053553, F053501, F054351, F052980, F053485, F057111, F057141,

2  and F052919.

3      If any of the above-described forfeitable property, as a result of any act or omission of the

4  defendant(s): (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold

5  to, or deposited with, a  third person; (3) has been placed beyond the jurisdiction of the Court; (4) has

6  been substantially diminished in value; or (5)  has been commingled with other property which cannot

7  be  subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States

8   Code, Section 853(p), to seek forfeiture of any other  property of said defendant(s) up to the value of

9  the above forfeitable property.

10      In violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code,

11  Section  2461.

12                                              A TRUE BILL

13

14                                              _____/S/_____
                                                FOREPERSON OF THE GRAND JURY
                                                Date: June 27, 2007

15

16  DANIEL G. KNAUSS
    United States Attorney
    District of Arizona

17  _____/S/_____

18  MICHAEL A. LEE
    Special Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28