IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>               Plaintiff,            )<br>                                     )<br>vs.                                  )<br>                                     )<br>Matthew Rodolfo Medina,              )<br>               Defendant.            )<br>_____) | CR 07-159-08-PHX-FJM<br><br>**ORDER REVOKING**<br>**SUPERVISED RELEASE** |

    A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violations of Standard Condition No. 3 (allegations A1 and A2),

    IT IS ORDERED revoking the defendant's **supervised release** and the defendant shall be committed to the custody of the Bureau of Prisons for a term of **TWELVE (12) MONTHS PLUS ONE (1) DAY**. The court recommends that the Bureau of Prisons consider designating the defendant to the District of Arizona if it is otherwise consistent with the Bureau's needs and its evaluation of the defendant's needs.

    IT IS FURTHER ORDERED upon release from the Bureau of Prisons, defendant is placed on supervised release for **EIGHTEEN (18) MONTHS**.

**SUPERVISED RELEASE**

Within 72 hours of release from custody of the Bureau of Prisons, you shall report in person to the Probation Office in the district to which you are released. You shall comply with the standard conditions of supervision adopted in General Order 05-36 and the following additional special conditions:

1. You shall submit your person, property (including but not limited to computer, electronic devices, and storage media), residence, office, or vehicle to a search conducted by a probation officer, at a reasonable time and in a reasonable manner.
2. You shall reside and participate in a residential re-entry center for 120 days, unless discharged earlier by the probation officer.
3. You shall maintain full-time employment and/or schooling as directed by the probation officer.
4. You are prohibited from owning, maintaining or using a firearm.
5. You shall participate in a mental health program as directed by the probation officer which may include taking prescribed medication. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.
6. You shall enroll in a General Educational Development (GED) Program to obtain a high school equivalency diploma.

IT IS FURTHER ORDERED dismissing the remaining allegations of the petition.

The defendant is remanded to the custody of the United States Marshal.

The defendant is advised of his right to appeal within 14 days.

DATED this 27th day of February, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge